**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00005-CV**
_____

**MARK E. JOHNSTON, Appellant**

**V.**

**STEPHEN D. JACKSON, Appellee**

---

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-08-10701-CV**

---

**ORDER**

On March 8, 2021, this Court granted the parties' joint motion to abate the appeal while the parties engaged in mediation. On July 19, 2021, the parties reported that they tentatively reached an agreement and requested additional time to settle the dispute. We extended the abatement until August 20, 2021. On August 23, 2021, we requested a report on the status of the settlement agreement. On September 3, 2021, the parties reported that they had not been able to consummate any settlement.

1

The appeal is hereby reinstated. We grant the appellee's motion for extension of time to file his brief. The brief of the appellee is due October 13, 2021.

ORDER ENTERED September 13, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.